JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SINH TRAN, | Case No. CV 10-2318-CAS(AJW) |
| Petitioner, | JUDGMENT |
| v. | |
| MICHAEL E. EVANS, | |
| Respondent. | |

**IT IS HEREBY ADJUDGED** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 9, 2010

_____
Christina A. Snyder
United States District Judge